# United States Court of Appeals for the Fifth Circuit

No. 25-30570
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

April 27, 2026

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Sharmaine Jackson,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 5:24-CR-87-2

Before King, Haynes, and Ho, *Circuit Judges*.

Per Curiam:[*]

Sharmaine Jackson pleaded guilty to conspiracy to commit bank fraud. She appeals her sentence on the basis that the district court erred by applying the vulnerable victim enhancements pursuant to U.S.S.G. § 3A1.1(b).

Having reviewed the record, the district court's finding that the targets of the scheme—older bank customers who had large account balances

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-30570

and did not check their accounts frequently—were unusually vulnerable is plausible and not clearly erroneous. *See United States v. Swenson*, 25 F. 4th 309, 321 (5th Cir. 2022); *see also United States v. Brown*, 7 F.3d 1155, 1160-61 & n.3 (5th Cir. 1993).

AFFIRMED.